| AO 10 Rev. 1/2007 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2006 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |

COPY

| 1. Person Reporting (last name, first, middle initial) MEANS, TERRY R | 2. Court or Organization UNITED STATES DISTRICT COURT | 3. Date of Report 05/15/2007 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) U.S. DISTRICT JUDGE - ACTIVE | 5a. Report Type (check appropriate type) ☐ Nomination, Date ☐ Initial ☒ Annual ☐ Final  5b. ☐ Amended Report | 6. Reporting Period 01/01/2006 to 12/31/2006 |
| 7. Chambers or Office Address 201 U.S. COURTHOUSE 501 WEST 10TH STREET FORT WORTH, TEXAS 76102 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.  Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Substitute Trustee | Testamentary trust ████████████████ |
| 2. Trustee | Testamentary trust ████████████ |
| 3. President, director | Lewis Means, Inc. (family-owned, closely held corporation) |
| 4. | |
| 5. | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of instructions.)*

☒ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

RECEIVED 2007 MAY 21 A 10:09 FINANCIAL DISCLOSURE OFFICE

| Name of Person Reporting | Date of Report |
|---|---|
| MEANS, TERRY R | 05/15/2007 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of instructions.)*

### A. Filer's Non-Investment Income

[X] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[ ] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2006 | Shannon, Gracey, Ratliff & Miller--earnings as "of counsel" |
| 2. 2006 | Lewis Means, Inc. |
| 3. | |
| 4. | |
| 5. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)*

[X] NONE *(No reportable reimbursements.)*

| SOURCE | DESCRIPTION |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

| Name of Person Reporting | Date of Report |
|---|---|
| MEANS, TERRY R | 05/15/2007 |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of instructions.)*

☐ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. The Fort Worth Club | Honorary membership -- (dues) | $ 1,500 |
| 2. The City Club (Fort Worth, TX) | Honorary membership -- (dues) | $ 1,800 |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children. See pp. 32-33 of instructions.)*

☐ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. Wells Fargo (x) | mortgage--Parker Co. rental property | M |
| 2. Compass Bank (x) | mortgage--Parker Co. rental property | K |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MEANS, TERRY R | 05/15/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 1. Corsicana Nat'l Bank, Corsicana, Texas (accounts) | A | Interest | L | T | | | | | |
| 2. 1/2 interest in 16-unit apt. bldg. (1985)($250,000) | A | Rent | L | R | | | | | |
| 3. IRA #1 | | | | | | | | | |
| 4. ---Chevron Corp. New common stock | A | Dividend | J | T | | | | | |
| 5. ---Prime Fund--Capital Res. class (money market) | A | Interest | J | T | | | | | |
| 6. ---3M Co. common stock | A | Dividend | J | T | | | | | |
| 7. ---Tyco Int'l common stock | A | Dividend | J | T | | | | | |
| 8. ---Microsoft common stock | A | Dividend | J | T | | | | | |
| 9. ---Home Depot common stock | A | Dividend | J | T | | | | | |
| 10. ---Exxon/Mobil Corp. common stock | A | Dividend | J | T | | | | | |
| 11. --Wal-Mart common stock | A | Dividend | J | T | | | | | |
| 12. ABA Members Retirement Plan | | | | | | | | | |
| 13. ---Large Cap Growth Equity Fund | A | Dividend | J | T | | | | | |
| 14. ---Index Equity Fund | A | Dividend | J | T | | | | | |
| 15. Corsicana Bankshares common stock | B | Dividend | J | T | | | | | |
| 16. Testamentary trust ▓▓▓▓▓▓ | | | | | | | | | |
| 17. ---Lewis Means, Inc. common stock | | None | L | W | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MEANS, TERRY R | 05/15/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 18. Testamentary trust █████████ | | | | | | | | | |
| 19. ---Mineral rights, parcel █ Lea Co., NM | A | Royalty | J | Q | | | | | |
| 20. ---Mineral rights, parcel █ Lea Co., NM | A | Royalty | J | Q | | | | | |
| 21. Mineral interest, M. Hunt Surv., Freestone Co., TX | B | Royalty | K | S | | | | | |
| 22. Royalty interest, Laura Bingham, Gregg Co., TX | A | Royalty | J | S | | | | | |
| 23. Mineral int., Blk. 31 § 7/T&P RR T1N sur., Howard Co.,TX | A | Royalty | J | S | | | | | |
| 24. Royalty interest, Bailey gas unit, Pecos Co., TX | B | Royalty | J | S | | | | | |
| 25. Overriding royalty, Kathleen Moore "A", Pecos Co., TX | A | Royalty | J | S | | | | | |
| 26. Overriding royalty, Navarro Co., TX | A | Royalty | J | S | | | | | |
| 27. Overriding royalty, B.H. Grube, Ward Co., TX | A | Royalty | K | S | | | | | |
| 28. Royalty int, Howe gas unit █████ Ward Co., TX | C | Royalty | K | S | | | | | |
| 29. Royalty int., Hawkins Fld. UN TR ████ Wood Co., TX | A | Royalty | J | S | | | | | |
| 30. Royalty int. Hawkins Fld. UN TR ████ Ward Co., TX | A | Royalty | J | S | | | | | |
| 31. Royalty int., Hawkins Fld. UN TR █████ Wood Co., TX | A | Royalty | J | S | | | | | |
| 32. Royalty int., Hawkins Fld. UN TR ████ Wood Co., TX | A | Royalty | J | S | | | | | |
| 33. Royalty int., MV. Herbst, Zapata Co., TX | C | Royalty | J | S | | | | | |
| 34. Royalty int., R., Vidaurri Zapata Co., TX | E | Royalty | K | S | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MEANS, TERRY R | 05/15/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 35. Roy int., St gas uni▇▇), Zapata Co., TX | D | Royalty | K | S | | | | | |
| 36. Lewis Means Inc. | | | | | | | | | |
| 37. ---Baron Small Cap Mutual Fund | A | Dividend | J | T | | | | | |
| 38. ---Fidelity Floating Rate High Income Mut. Fund | A | Dividend | J | T | Sold | 3-31 | J | A | |
| 39. ---First Eagle Global mutual fund | A | Dividend | J | T | | | | | |
| 40. ---Fpa New Income mutual fund | A | Dividend | J | T | Sold | 3-31 | J | A | |
| 41. ---Julius Baer Int'l Equity mutual fund | A | Dividend | J | T | | | | | |
| 42. ---Loomis Sayles Global Bond Retail mutual fund | A | Dividend | J | T | Sold | 3-24 | J | A | |
| 43. ---Muhlenkamp Fund mutual fund | A | Dividend | J | T | | | | | |
| 44. ---Pimco Foreign Bond Fund mut. fund | A | Dividend | J | T | Sold | 3-24 | J | B | |
| 45. ---Selected American shares mut. fund | A | Dividend | J | T | | | | | |
| 46. ---The Growth Fund of Am. mut. fnd. | A | Dividend | J | T | | | | | |
| 47. ---General Motors Acceptance Corp. bonds | A | Interest | J | T | Sold | 11-20 | J | A | |
| 48. ---West Gate Bank Neb. Cert. Dep. | A | Interest | J | T | | | | | |
| 49. ---Heritage Bank Ill. Trivoli Cert. Dep. | A | Interest | M | T | Bought | 3-31 | M | | |
| 50. ---Countrywide Bank, N.A. | A | Interest | L | T | Bought | 10-20 | L | | |
| 51. Real estate, Navarro Co., TX | | None | N | Q | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes: | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MEANS, TERRY R | 05/15/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Northwestern Mutual "Whole Life" | B | Dividend | J | T | | | | | |
| 53. Northwestern Mutual "65 Life" | B | Dividend | J | T | | | | | |
| 54. Penn Mutual "Whole Life" | A | Dividend | J | T | | | | | |
| 55. Rental property, Parker Co., TX (2006) | D | Rent | N | S | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MEANS, TERRY R | 05/15/2007 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

Line 2 of Part VII:  This property is located in Corsicana, Texas.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature _____  Date _5-15-07_

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544